IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| MICHAEL HAFKEY, Derivatively on behalf of RESOURCE CAPITAL CORP. | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil No. 17-cv-02604-GLR |
| COHEN, et al. | ) ) ) | |
| *Defendants*. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's August 21, 2018 Order (Dkt No. 32), the parties provide the following status report in the above-captioned matter:

1.      On August 21, 2018, the Court stayed the above-captioned matter in favor of a set of consolidated actions filed in the United States District Court for the Southern District of New York (the "Consolidated Actions") "until the plaintiffs in the Consolidated Actions exhaust reconsideration or appellate review."  (Dkt. No. 32.)

2.      Plaintiffs in the Consolidated Actions (the "Consolidated Action Plaintiffs") have not exhausted appellate review.  After judgment was entered in the Consolidated Actions, the Consolidated Action Plaintiffs filed a notice of appeal.  *See* Notice of Appeal, *In re Resource Capital Corp. S'holder Deriv. Litig. Demand Refused Actions*, No. 17 Civ. 1381 (LLS) (S.D.N.Y.) (Dkt. No. 44).  On June 26, 2018, the Consolidated Action Plaintiffs withdrew their appeal pursuant to Local Rule 42.1—whose purpose "is to enable parties, with the consent of the mediator, to fully explore settlement without incurring the ongoing expenses of briefing"[1]—with leave to reinstate by October 9, 2018.  *See* Stip., *In re Resource*

---

[1] *See* Local Rule 42.1 Stipulation Basic Instructions and Templates, *available at* http://www.ca2.uscourts.gov/staff_attorneys/docs/Local_Rule_Stipulation_Template_Packet%208.1.17%20With%20Fillable%20Fields.pdf

*Capital Corp.*, No. 18-803 (2d Cir.) (Dkt. No. 44). Subsequently, the Consolidated Action Plaintiffs' deadline to reinstate the appeal was extended to November 16, 2018 to facilitate continued settlement discussions. Stip., *In re Resource Capital Corp.*, No. 18-803 (2d Cir.) (Dkt. No. 61). On November 16, 2018, the Consolidated Action Plaintiffs timely requested the reinstatement of their appeal. *See* Letter on behalf of Appellants, *In re Resource Capital Corp.*, No. 18-803 (2d Cir.) (Dkt. No. 69).

3.      The Defendants have informed Plaintiff in this action that the parties to the Consolidated Actions have reached a settlement in principle, executed a Memorandum of Understanding ("MOU"), and expect to pursue settlement approval proceedings following the negotiation of a mutually acceptable long form settlement agreement. In the event that a settlement is not concluded or approved, however, the Consolidated Action Plaintiffs may continue to prosecute their appeal.

4.      Plaintiff did not participate in the settlement process in the Consolidated Actions and has not been informed of the terms of the MOU. Accordingly, Plaintiff reserves all rights in connection with the anticipated settlement of the Consolidated Actions.

Dated: November 19, 2018

| | |
|---|---|
| _____/S/_____ | _____/S/_____ |
| James Dunbar (Federal Bar No. 07392) | Mark Clifford (Federal Bar No. 19646) |
| Matthew R. Alsip (Federal Bar No. 28002) | Covington & Burling LLP |
| Venable LLP | One City Center |
| 210 West Pennsylvania Avenue | 850 Tenth Street, NW |
| Suite 500 | Washington, DC 20001 |
| Towson, Maryland 21204 | Phone: (202) 662-6000 |
| Phone: (410) 494-6200 | Fax: (202) 662-6291 |
| Fax: (410) 821-1047 | Email: mclifford@cov.com |
| Email: jadunbar@venable.com | |
| Email: mralsip@venable.com | Mark Gimbel (admitted *pro hac vice*) |
| | Christopher Yeung (admitted *pro hace vice*) |

David Picon (admitted *pro hac vice*)
Edward Canter (admitted *pro hac vice*)
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
Phone: (212) 969-3000
Fax: (212) 969-2900
Email: dpicon@proskauer.com
Email: ecanter@proskauer.com


*Counsel for Defendant Resource Capital*
*Manager, Inc.*

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Phone: (212) 841-1000
Fax: (212) 841-1010
Email: mgimbel@cov.com
Email: cyeung@cov.com

*Counsel for the Individual Defendants*

_____/S/_____
Robert B. Hopkins (Federal Bar No. 06017)
Carla N. Murphy (Federal Bar No. 26367)
Duane Morris LLP
111 South Calvert Street, Suite 2000
Baltimore, MD 21202
Phone: (410) 949-2937
Fax: (410) 949-2901
Email: rbhopkins@duanemorris.com
Email: cnmurphy@duanemorris.com


Bradley J. Nash  (admitted *pro hac vice*)
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Phone: (212) 344-5400
Email: bnash@schlamstone.com


*Counsel for Nominal Defendant Resource*
*Capital Corp.*

_____/S/_____
John Bucher Isbister (Federal Bar No. 00639)
Tydings and Rosenberg LLP
One East Pratt Street
Suite 901
Baltimore, Maryland 21202
Phone: (410) 752-9700
Email: jisbister@tydingslaw.com

Daniel S. Katz (Federal Bar No. 01148)
Tydings and Rosenberg LLP
One East Pratt Street
Suite 901
Baltimore, MD 21202
Phone: (410) 752-9700
Email: dkatz@tydingslaw.com


*Counsel for the Plaintiff*