IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

MICHAEL HAFKEY, Derivatively on )
behalf of RESOURCE CAPITAL CORP. )
　 )
　　　　*Plaintiff,* )
　　　　v. )　　　　　Civil No. 17-cv-02604-GLR
　 )
COHEN, et al. )
　 )
　　　　*Defendants.* )
_____ )

## JOINT STATUS REPORT

Pursuant to the Court's December 3, 2018 Order (Dkt No. 36), the parties provide the following status report in the above-captioned matter:

1.　　　On August 21, 2018, the Court stayed the above-captioned matter in favor of a set of consolidated actions filed in the United States District Court for the Southern District of New York (the "Consolidated Actions") "until the plaintiffs in the Consolidated Actions exhaust reconsideration or appellate review."  (Dkt. No. 32.)

2.　　　Plaintiffs in the Consolidated Actions (the "Consolidated Action Plaintiffs") have not exhausted appellate review.  Since the parties filed their last status report on November 19, 2018 (Dkt. No. 34), the U.S. Court of Appeals for the Second Circuit (the "Second Circuit") has stayed the appeal of the Consolidated Actions pending the negotiation of a mutually acceptable long form agreement to settle those actions and the filing and disposition of a motion for an indicative ruling that, upon limited remand, the district court would grant preliminary approval of the parties' settlement.  *See* Order, *In re Resource Capital Corp.*, No. 18-803 (Dkt. No. 85).  The Consolidated Action Plaintiffs have been directed to file status update letters with the Second Circuit every thirty (30) days.  (*Id.*)

3.　　　Additionally, by January 27, 2019, the parties to the Consolidated Actions executed a long form Stipulation and Agreement of Settlement (the "Stipulation") to resolve

the Consolidated Actions and related matters.  The Stipulation is subject to approval by the

U.S. District Court for the Southern District of New York (the "District Court") under

Federal Rule of Civil Procedure 23.1, and on March 1, 2019, the parties to the Consolidated

Actions filed a joint motion for an indicative ruling that, upon limited remand from the

Second Circuit, the District Court will grant preliminary approval of the Stipulation.  In the

event that the Stipulation is not approved or the settlement is not otherwise concluded,

however, the Consolidated Action Plaintiffs have reserved their right to continue to prosecute

their appeal.


Dated: March 4, 2019


<table>
<tr><td>/S/</td><td>/S/</td></tr>
<tr><td>James Dunbar (Federal Bar No. 07392)</td><td>Mark Clifford (Federal Bar No. 19646)</td></tr>
<tr><td>Matthew R. Alsip (Federal Bar No. 28002)</td><td>Covington & Burling LLP</td></tr>
<tr><td>Venable LLP</td><td>One City Center</td></tr>
<tr><td>210 West Pennsylvania Avenue</td><td>850 Tenth Street, NW</td></tr>
<tr><td>Suite 500</td><td>Washington, DC 20001</td></tr>
<tr><td>Towson, Maryland 21204</td><td>Phone: (202) 662-6000</td></tr>
<tr><td>Phone: (410) 494-6200</td><td>Fax: (202) 662-6291</td></tr>
<tr><td>Fax: (410) 821-1047</td><td>Email: mclifford@cov.com</td></tr>
<tr><td>Email: jadunbar@venable.com</td><td></td></tr>
<tr><td>Email: mralsip@venable.com</td><td>Mark Gimbel (admitted *pro hac vice*)</td></tr>
<tr><td></td><td>Christopher Yeung (admitted *pro hace vice*)</td></tr>
<tr><td>David Picon (admitted *pro hac vice*)</td><td>Covington & Burling LLP</td></tr>
<tr><td>Edward Canter (admitted *pro hac vice*)</td><td>The New York Times Building</td></tr>
<tr><td>Proskauer Rose LLP</td><td>620 Eighth Avenue</td></tr>
<tr><td>Eleven Times Square</td><td>New York, New York 10018</td></tr>
<tr><td>New York, New York 10036</td><td>Phone: (212) 841-1000</td></tr>
<tr><td>Phone: (212) 969-3000</td><td>Fax: (212) 841-1010</td></tr>
<tr><td>Fax: (212) 969-2900</td><td>Email: mgimbel@cov.com</td></tr>
<tr><td>Email: dpicon@proskauer.com</td><td>Email: cyeung@cov.com</td></tr>
<tr><td>Email: ecanter@proskauer.com</td><td></td></tr>
<tr><td></td><td>*Counsel for the Individual Defendants*</td></tr>
<tr><td>*Counsel for Defendant Resource Capital Manager, Inc.*</td><td></td></tr>
</table>

|  |  |
| --- | --- |
| /S/ | /S/ |
| Robert B. Hopkins (Federal Bar No. 06017) | John Bucher Isbister (Federal Bar No. 00639) |
| Carla N. Murphy (Federal Bar No. 26367) | Tydings and Rosenberg LLP |
| Duane Morris LLP | One East Pratt Street |
| 111 South Calvert Street, Suite 2000 | Suite 901 |
| Baltimore, MD 21202 | Baltimore, Maryland 21202 |
| Phone: (410) 949-2937 | Phone: (410) 752-9700 |
| Fax: (410) 949-2901 | Email: jisbister@tydingslaw.com |
| Email: rbhopkins@duanemorris.com | |
| Email: cnmurphy@duanemorris.com | Daniel S. Katz (Federal Bar No. 01148) |
| | Tydings and Rosenberg LLP |
| Bradley J. Nash (admitted *pro hac vice*) | One East Pratt Street |
| Schlam Stone & Dolan LLP | Suite 901 |
| 26 Broadway | Baltimore, MD 21202 |
| New York, NY 10004 | Phone: (410) 752-9700 |
| Phone: (212) 344-5400 | Email: dkatz@tydingslaw.com |
| Email: bnash@schlamstone.com | |
| | *Counsel for the Plaintiff* |
| *Counsel for Nominal Defendant Resource Capital Corp.* | |