# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| **MICHAEL HAFKEY, Derivatively on behalf of RESOURCE CAPITAL CORP.**<br><br>*Plaintiff,*<br>v.<br><br>**COHEN, et al.**<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)    **Civil No. 17-cv-02604-GLR**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs dismiss this action without prejudice, with each party to bear their own costs.

Dated: May 31, 2019

**TYDINGS & ROSENBERG LLP**

_____/ s /_____

John B. Isbister, Federal Bar No. 00639
jisbister@tydingslaw.com
Daniel S. Katz, Federal Bar No. 01148
dkatz@tydingslaw.com
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
(410) 752-9700
FAX (410) 727-5460

OF COUNSEL FOR PLAINTIFF:

Robert I. Harwood
Matthew M. Houston
Benjamin I. Sachs-Michaels
GLANCY PRONGAY & MURRAY LLP
712 Fifth Avenue
New York, NY 10019
(212) 935-7400

#3294324v.1

## CERTIFICATE OF SERVICE

I hereby certify that, on May 31, 2019, the foregoing was electronically filed with the Court via the CM/ECF system, and that copies were served on counsel of record by operation of the CM/ECF system on the same date.

Dated:  May 31, 2019

_____/ s /_____
John B. Isbister

1

#3294324v.1