**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| MICHAEL HAFKEY, Derivatively on behalf of RESOURCE CAPITAL CORP.<br><br>*Plaintiff,*<br><br>v.<br><br>COHEN, et al.<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil No. 17-cv-02604-GLR

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs dismiss this action without prejudice, with each party to bear their own costs.

Dated: May 31, 2019

**TYDINGS & ROSENBERG LLP**

/ s /
John B. Isbister, Federal Bar No. 00639
jisbister@tydingslaw.com
Daniel S. Katz, Federal Bar No. 01148
dkatz@tydingslaw.com
One East Pratt Street, Suite 901
Baltimore, Maryland 21202
(410) 752-9700
FAX (410) 727-5460

OF COUNSEL FOR PLAINTIFF:

Robert I. Harwood
Matthew M. Houston
Benjamin I. Sachs-Michaels
GLANCY PRONGAY & MURRAY LLP
712 Fifth Avenue
New York, NY 10019
(212) 935-7400

MOTION "*Granted*" this 31st day
of May 20 19
*George L. Russell*
GEORGE L. RUSSELL, III, U.S.D.J

#3294324v.1

